JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN MATEO COUNTY BOARD OF EDUCATION,** and <br> **NANCY MAGEE,** in her official capacity as San Mateo County Superintendent of Schools, <br><br> Plaintiffs, <br><br> v. <br><br> **YOUTUBE, LLC; GOOGLE LLC; XXVI HOLDINGS INC.; ALPHABET INC.; SNAP INC.; TIKTOK INC.; BYTEDANCE INC., META PLATFORMS, INC.; FACEBOOK HOLDINGS, LLC; FACEBOOK OPERATIONS, LLC; META PLATFORMS TECHNOLOGIES, LLC; META PAYMENTS INC.; INSTAGRAM, LLC; SICULUS, INC.; and WHATSAPP, INC.,** <br><br> Defendants. | CASE NO. 4:23-cv-01108-YGR <br><br> **NOTICE OF WITHDRAWAL OF GALEN K. CHENEY AS COUNSEL FOR PLAINTIFF** |

**NOTICE OF WITHDRAWAL OF GALEN K. CHENEY AS COUNSEL FOR PLAINTIFF:**
**Case No. 4:23-cv-01108-YGR**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Galen K. Cheney is no longer an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby withdraws as counsel for Plaintiffs San Mateo County Board of Education and Nancy Magee and should be removed from the Court's service list with respect to this action. Attorneys at the law firm of Cotchett, Pitre & McCarthy, LLP continue to represent Plaintiff as reflected on the service list and should continue to receive filings in this action accordingly.

Dated: September 7, 2023                              **COTCHETT, PITRE & McCARTHY, LLP**

                                                      By:   */s/ Anne Marei Murphy*
                                                            ANNE MARIE MURPHY
                                                            *Attorney for Plaintiffs*